# Third District Court of Appeal
## State of Florida

Opinion filed July 20, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1700
Lower Tribunal No. 21-232
_____

**Lucas D. Lopera,**
Appellant,

vs.

**In Re: Estate of Otto R. Pozuelos,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Milton Hirsch, Judge.

Golden Glasko & Assoc., P.A. and William H. Glasko, for appellant.

No appearance, for appellee.

Before FERNANDEZ, C.J., and HENDON and LOBREE, JJ.

PER CURIAM.

Affirmed.